IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SUSAN CLEMENTS-JEFFREY, et al.,

        Plaintiff(s), :    Case No. 3:09-cv-084

- vs -

        :    Judge Walter Herbert Rice

CITY OF SPRINGFIELD, et al.,

        Defendant(s). :

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

September 6, 2011

                                    WALTER HERBERT RICE, JUDGE
                                    UNITED STATES DISTRICT COURT

AOProcessing/"Case Settled. Final papers to follow within fourteen days."